**Charles William LEVY, Plaintiff—Appellant,**

v.

**LERNER CORPORATION, Defendant—Appellee.**

No. 04–1635.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 16, 2004.

Decided Sept. 21, 2004.

---

Charles William Levy, Appellant pro se.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles William Levy appeals the district court's order dismissing as frivolous his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Levy v. Lerner Corp.*, No. CA–04–419–A (E.D. Va. filed Apr. 16, 2004 & entered Apr. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*